DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAIME CARRILLO-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00237 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| JAIME CARRILLO-FELIX, | Date : April 23, 2012<br>Time: 10:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for April 2, 2012, **may be continued to April 23, 2012, at 10:00 a.m.**

This continuance is requested by counsel for the defendant because additional time is needed for preparation of the Presentence Investigation Report prior to hearing. The requested continuance will conserve time and resources for both counsel and the court. Special Assistant United States Attorney Wallace J. Lee has no objection to this request.

///

///

///

///

Stipulation to Continue Status
Conference Hearing; Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                          BENJAMIN B. WAGNER
                          United States Attorney

DATED: March 28, 2012        /s/ Wallace J. Lee
                          WALLACE J. LEE
                          Special Assistant United States Attorney
                          Attorney for Plaintiff

                          DANIEL J. BRODERICK
                          Federal Defender

DATED: March 28, 2012        /s/ Marc Days
                          MARC DAYS
                          Assistant Federal Defender
                          Attorney for Defendant
                          JAIME CARRILLO-FELIX

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: March 28, 2012

                          CHIEF UNITED STATES DISTRICT JUDGE